FILED
2022 AUG 11 PM 2: 15
RICHARD JONES
U.S. CLERK OF COURT
BANKRUPTCY COURT
COLUMBUS, OHIO

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION – COLUMBUS

IN RE:                :     CASE NO.:   19-55153

Ona Lewis, Debtor     :     CHAPTER:    13

                      :     JUDGE:      John E. Hoffman, Jr.

---

### DEBTOR'S REPLY TO TRUSTEE'S RESPONSE IN OPPOSITION TO DEBTOR'S MOTION TO TEMPORARILY SUSPEND PLAN PAYMENTS FOR NINETY (90) DAYS

Now comes Ona H. Lewis, Debtor Pro Se, and hereby Replies the Trustee's Response in Opposition to Debtor's Motion to Temporarily Suspend Plan Payments for Ninety (90) Days.

The Debtor appreciates the Trustee's opposition to the full suspension of payments for 90 days. The mortgage creditor requested the Debtor pay reasonable adequate protection plan payments during the 90 day period. The Debtor agrees.

Therefore, the Debtor proposes to amend her Motion to include adequate protection plan payments or minimum payments to all four creditors; continue modify the mortgage through the Mortgage Modification Mediation (MMM) program ordered by the court on May 6, 2022, and clear the plan's funding deficiency with up to $25,000 from a federal mortgage assistance program for which the Debtor was approved. (See Exhibit 1) The proposed amended Motion and lack of funding deficiency will comply with 11 USC §1329 will allow the Debtor to complete the plan within the existing 84 month term. <u>The Debtor requests the Trustee's support of the above.</u>

The MMM program includes a stay intended to allow the debtor to keep her home. Because of this stay and given the changes listed above, <u>the Debtor requests that the Trustee refrain from her stated intention to cause Debtor's primary residence to be sold.</u>

Additional details are included in the following Memorandum in Support.

## MEMORANDUM IN SUPPORT

I. PRIOR PAYMENT REDUCTION/SUSPENSION DUE TO EXTRAORDINARY EVENT:

The Trustee opposed the Motion in part due to the Debtor's prior plan payment reduction and suspension. The Debtor requests that the Trustee view her prior payment reduction and suspensions in the context of the extraordinary event that contributed to them--the global financial downturn caused by the Covid 19 pandemic. It negatively affects the ability of millions of Americans to meet their financial obligations, including the Debtor.

    a. The Debtor contracted Covid 19 within six months of filing her case and continues to suffer from Long Covid.

    b. She regrets that her medical condition and the severe economic downturn of the Covid 19 pandemic caused her to need payment reductions and suspensions over 30 of the 36 months in which the Debtor's plan has been in effect.

    c. The Debtor notes that the list of prior payment suspensions presented by the Trustee did not reference the following because the court was not notified:

        i. The Trustee's Affidavit of Default in the amount of $21,500 was calculated using monthly payments of $4,950 instead of $4,650, which meant that the Debtor was not actually in default as stated. (See Exhibit 2)

            1. After she paid the $21,500 the Debtor brought to the error to the Trustee's attention and her account was corrected, but the court records were not updated.

        ii. The Debtor cancelled the mortgage creditor's Covid forbearance because it overlapped an agreed order for a 90 day payment suspension. The court records were not updated. (See Exhibit 3)

    d. Excluding i and ii above, the Debtor's prior modifications consist of one payment

reduction, one plan extension and two 90 day plan payment suspensions—all Covid related.

II. SUBSTANTIAL PAYMENTS MADE INTO HER PLAN DESPITE PAYMENT SUSPENSIONS: Despite the Covid modifications, the Debtor has paid $101,550 in to her $138,420.35[1] plan over the past three years.

   a. The Trustee is currently holding $9,368.84 of the Debtor's plan payments in cash on hand in her account. (See Trustee Case Profile Exhibit 4.)

   b. The Debtor has paid her mortgage lender $59,280.18 through the plan for its $105,892.49 claim. (See Trustee Payee Summary Exhibit 5.)

   c. She has paid auto lender First Investors $22,765.48 against its $22,831.25 claim. The auto lender's balance is only $3,254.29.

   d. The Debtor's only other creditors are the priority creditor, RITA whom it owes $5,866.33 and $10.51 to an unsecured creditor.[2]

III. PAYMENT OF PLAN FUNDING DEFICIENCY PENDING: The Debtor has also been approved for the HAF federal mortgage assistance program that will pay up to $25,000 to bring her past due mortgage payments current. This process will clear up the Debtor's funding deficiency and reduce the number of months the plan is projecting to within the 84 month term.

IV. DELAYS IN COMPLETING THE MMM: The abrupt withdrawal of the Debtor's attorney and the unexpected deletion of most of the documents needed to complete the MMM from the MMM portal (see Exhibit 6) have delayed the completion of the MMM by roughly 90 days.

---

[1] According to the Trustee's Payee Summary
[2] These figures are based on the Trustee's attached Payee Summary as of 8-10-22.

    a. The Debtor is diligently seeking other legal counsel but has been unable to secure representation at this time.

    b. As a result, she is working hard to replace the documents (which were returned to her by the portal manager) and complete the MMM mortgage modification in a timely manner on a pro se basis.

    c. Once the mortgage modification is completed, the Debtor will permanently reduce her $4,650 monthly plan payment to a more reasonable amount closer to the mortgage creditor's $2,505 minimum monthly payment.

    d. Completion of the mortgage modification will also allow the Debtor to complete the plan within the prescribed 84 month term, thereby complying with 11 USC §1329.

V. ESTIMATED REASONABLE ADEQUATE PROTECTION PLAN PAYMENTS: In its Objection, the mortgage creditor requested *"...a minimum plan payment to cover the conduit mortgage. Alternatively, Creditor requests a reasonable adequate protection plan payment to be made during requested months."*

    a. The Debtor agrees to pay a reasonable adequate protection plan payment during the requested months and will amend her Motion to reflect this amount pursuant to 11 USC §1329.

    b. On May 12, 2022, the Trustee notified the Debtor by email that from her: *"...the Mortgage Modification Mediation program (MMM) provides for adequate protection payments for the mortgage creditor in the amount of $2,050 to be held by the Trustee pending further order of the Court."* (See Exhibit 7.)

    c. The Debtor proposes amend her Motion to include:

| | |
|---|---|
| $2,050.00 | Mortgage Creditor's Adequate Protection Payment as Calculated by Trustee |
| $230.00 | Existing Adequate Protection Payment |

4

| | |
|---:|---|
| $100.00 | Proposed Minimum Monthly Payment to Priority Creditor |
| $3.50 | Proposed Minimum Monthly Payment to Unsecured Creditor |
| $143.01 | Trustee's 6% Fee |
| $2,526.51 | Total Estimated Monthly Payment for Amended Motion |

    d. The proposed amended Motion will provide adequate protection plan payments or minimum monthly payments to all four creditors estimated $2,526.51 for the 90 day period, instead of the current $4,650 per month and much needed monthly savings to the Debtor of $2,123.49.

VI. PLAN PAYMENTS WITHHELD BY TRUSTEE: The Debtor understands that the Trustee may continue to withhold payment from her creditors while the MMM modification is being processed should the proposed amended Motion be granted due to the Trustee's policy not to pay creditors since the MMM was ordered on May 6, 2022.

In conclusion, the Debtor thanks the Trustee in advance for her patience during these extraordinary circumstances. The Debtor requests the Trustee's support of her plans to modify her mortgage, pay her funding deficiency, and reduce the plan payments to a more reasonable level, complete the plan within the agreed 84 month time frame (or refinance to pay off the case early), in accordance with 11 USC §1329.

                      Respectfully Submitted,

                        *[signature]*

Ona H. Lewis, Debtor Pro Se
5820 Triplett Square
New Albany, OH 43054
Phone: (614) 374-2874
Email: onalewis777@gmail.com



# OHIO **HOUSING** FINANCE AGENCY

Mike DeWine Governor of Ohio | **Shawn Smith** Executive Director

57 East Main Street | Columbus OH 43215

Date: July 26, 2022

To: Ona Lewis (Homeowner)

5820 Triplett Square

New Albany, OH 43054

RE: **HAF Income-Eligible Homeowner Letter**

The Ohio Housing Finance Agency has determined that the above Homeowner(s) meets the criteria of income eligibility to receive assistance from the Homeowner Assistance Funds Save the Dream Ohio program. **Please note income eligibility will expire on** October 25, 2022 *(the "Expiration Date")*. If the Homeowner is still seeking assistance after the Expiration Date, the Homeowner's income must be reviewed again in order to be recertified.

## SAVE THE DREAM OHIO
*Help for Homeowners*

## Mortgage Assistance Program Policy Guidelines

## Program Overview

The American Rescue Plan Act included the Homeowner Assistance Fund, which was created to prevent homeowner mortgage delinquencies, defaults, foreclosures, loss of utilities or home energy services, and displacements of homeowners experiencing financial hardship after January 21, 2020. The Ohio Housing Finance Agency (OHFA), as the state agency responsible for administering HAF funds, created Mortgage Programs under the Save the Dream (SDO) banner to provide payment to mortgage servicers on behalf of eligible homeowners to bring delinquencies current and/or pay forward up to six monthly mortgage payments up to a combined maximum assistance of $25,000. The Mortgage Program assistance is in the form of a forgivable loan that must be repaid if the recipient violates the terms of the program and homeowners must sign a Promissory Note.



# Account 19-55153

4 messages

Exhibit 2

O L <onalewis777@gmail.com>

**Ona Lewis** <onalewis777@gmail.com>       Wed, Aug 18, 2021 at 12:54 PM
To: natalie.obrien@ch13columbus.com

Hi Natalie,

I hope all is well. Would you please adjust my account 19-55153 to reflect the $4,650 monthly payment that was effective since last August, 2020?

Also, would you please return the total of the overpayments to me in the form of a check ASAP?

My monthly payments were reduced to $4,650 from $4,950 in my August, 2020 Agreed Order.

Yet, the 13network does not show the accurate monthly payment required of $4650.

This means I wasn't four months past due as stated in the Trustee's June, 2021 Affidavit of Default.

Would you (or whomever filed the Affidavit of Default) please file a Notice to the Court for the record and to make sure my creditors are aware of it?

Thank you in advance for your assistance in this matter.

Best regards,

Ona Lewis

Sent from my iPhone

---

**Shannon L. Cherry** <shannon.cherry@ch13columbus.com>       Wed, Sep 1, 2021 at 4:13 PM
To: "onalewis777@gmail.com" <onalewis777@gmail.com>
Cc: Natalie O'Brien <natalie.obrien@ch13columbus.com>

Ms. Lewis,

We have adjusted our system to reflect the payment amount of $4,650 to begin in September 2020, because the Motion did not state a particular month our policy is for any payment changes to be effective in the month the Order is entered – in this case that was September 14, 2020.

You are currently overpaid by $350, but the Trustee will not refund to you without an Order of the Court – you could just make a payment of $4,300 this month to offset the small overpayment.

 

O L <onalewis777@gmail.com>

## Re: Attn: Kerri N. Bruckner - Request to Withdraw Motion for CARES ACT Forbearance - Case 19-55153 Loan # 3168

1 message

**Ona Lewis** <onalewis777@gmail.com>  Tue, Feb 8, 2022 at 11:52 PM
To: logsecf@logs.com
Cc: Shannon Cherry of Ch13 Faye English <shannon.cherry@ch13columbus.com>

Dear Kerri,
>
>
> I hope this message finds you well. I appreciate your offer but would you please withdraw your Motion for the three month Cares Act Forbearance?
>
> We already have an overlapping three month Cares Act suspension in payments currently in effect.
>
> Therefore, your Forbearance (for which over one month has already expired) isn't needed.
>
> Thank you in advance for expediting this matter.
>
> Best regards,
>
> Ona Lewis, Pro Se
> 5820 Triplett Square
> New Albany, OH 43054
> 614-374-2874
> onalewis777@gmail.com
>
>

PRINT INQUIRY     Close Window     Click Here to Print this Page

19-55153   Ona H. Lewis (xxx-xx-0818)    5820 Triplett Square • • New Albany • OH • 43054    $4,650.00 MO   Bar Date(s): 10/18/2019 (has passed) 2/5/2020 (has passed)

Confirmed: 11/1/2019

Trustee: Faye D. English    Attorney: PRO SE DEBTOR    Case Status: ACTIVE

## Case Profile

| Case Administrator | Natalie OBrien |
|---|---|
| Balance on Hand | $9,368.84 |
| Last Receipt Date | Tuesday, June 28, 2022 |
| Last Receipt Amount | $4,650.00 |
| Last Disburse Date | Monday, May 2, 2022 |
| 341 Meeting Date | Wednesday, September 25, 2019 10:00 AM |
| Date Petition Filed | Friday, August 9, 2019 |
| Total Paid Into the Plan | $101,550.00 |
| Total Disbursed | $92,181.16 |
| Attorney Payee / Level | PRO SE DEBTOR / 18 |
| Judge | John E. Hoffman Jr. |
| Plan Terms | 0 |
| Months Remaining (Calculated - may not be accurate) | 72 (105 from Confirmation) |
| Percent to Unsecureds | 2.000% |
| Bar Check Status | Yes |
| Disburse Flag | Yes |
| Months Since Confirmation | 33 |
| Months Since Petition Filed | 36 |

Exhibit 4

### CASE DETAIL

| Debtor Type | Individual |
|---|---|
| Trustee's Percentage | 6.00% |
| Total Paid to Trustee | $6,830.50 |
| Permanent Hold | $0.00 |
| Temporary Hold | $0.00 |
| Unsecured Interest | 0.00% |
| Attorney Percentage | 0.00% |
| Attorney Pay Level For Percentage | 0 |

### CODES AND FLAGS

| Region | 2 - Columbus, Room B |
|---|---|
| District | 1 - Southern District of Ohio |
| Division | 1 - Eastern Division |
| Tax Return Required | Y |
| 84 Month Plan (Blank or 'N' = No / 'Y' = Yes) | Y |

### DEBTOR1 - ONA H. LEWIS

| Address 1 | 5820 Triplett Square |
|---|---|
| Address 2 | |
| City, State | New Albany OH |
| Zip Code | 43054-0000 |
| Phone | 614-374-2874 |
| SSN | xxx-xx-0818 |
| AKA | |
| DBA | |

### DATES AND TIMES

| Plan Filed Date | |
|---|---|
| Petition Filed Date | Friday, August 9, 2019 |
| First Meeting Date | Wednesday, September 25, 2019 10:00 AM |
| First Payment Due Date | Sunday, September 8, 2019 |
| Confirmation Hearing Date | Tuesday, October 15, 2019 1:00 PM |
| Date Case Confirmed | Friday, November 1, 2019 |
| Show Cause Date | |
| Probation Date | |
| Last Letter Date | |
| Closed Date | |
| Cleared Date | |
| Claims Bar Date | Friday, October 18, 2019 |
| Attachments Deadline | Monday, December 9, 2019 |
| Governmental Bar Date | Wednesday, February 5, 2020 |
| 6 Month Review | Monday, May 4, 2020 |
| Financial Management Cert Filed | Friday, February 28, 2020 |
| 24 Month Review Date | Friday, October 8, 2021 |
| Misc. Hearing Date | Thursday, September 8, 2022 2:00 PM |

### DEBTOR2 -

| Address 1 | |
|---|---|
| Address 2 | |
| City, State | |
| Zip Code | |
| Phone | |
| SSN | |
| AKA | |
| DBA | |

### ADDITIONAL AMOUNTS

| Non Ex Equity | $1,275.96 |
|---|---|

### DEBTOR PAY SCHEDULE

Ona H. Lewis paying **$4,650.00** MONTHLY

## Parties for this Case

| Type | Name | Address 1 | City | State | Zip | Short Cit/IIC |
|---|---|---|---|---|---|---|
| DEBTOR1 | Ona H. Lewis | 5820 Triplett Square | New Albany | OH | 43054 | |
| DEBTOR2 | | | | | 00000 | |
| ATTORNEY | KATHERINE B BREWER ESQ | WOOD & BREWER LLC | WORTHINGTON | OH | 43085 | |

| PRINT INQUIRY | | Close Window | | | Click Here to Print this Page |
|---|---|---|---|---|---|
| 19-55153 | Ona H. Lewis (xxx-xx-0818) | | 5820 Triplett Square • • New Albany • OH • 43054 | $4,650.00 MO | Bar Date(s): 10/18/2019 (has passed) 2/5/2020 (has passed) |
| | | | | | Confirmed: 11/1/2019 |
| | Trustee: Faye D. English | | Attorney: PRO SE DEBTOR | | Case Status: ACTIVE |

## Payee Summary

| Number of Claims | 15 |
|---|---|
| Total Amount Claimed | $138,420.35 |
| Total Amount Scheduled | $169,339.48 |
| Total Principal Paid | $82,375.02 |
| Total Principal Owed | $114,810.74 |
| Total Principal Due | $27,279.09 |
| Total Interest Paid | $2,975.64 |
| Total Interest Due | $212.88 |


Exhibit 5

## Claim Breakdown

| | Priority | Secured | Unsecured | Other |
|---|---|---|---|---|
| Claimed | $8,876.33 | $129,018.74 | $525.28 | |
| Scheduled | $9,298.03 | $121,650.00 | $38,391.45 | |
| Principal Paid | $3,010.00 | $79,365.02 | $0.00 | |
| Principal Owed | $5,866.33 | $108,933.90 | $10.51 | |
| Principal Due | $0.00 | $27,279.09 | $0.00 | |
| Interest Paid | $0.00 | $2,975.64 | $0.00 | |
| Interest Due | $0.00 | $212.88 | $0.00 | |
| Monthly Payment | $0.00 | $2,735.00 | $0.00 | |
| Collateral | $0.00 | $0.00 | $0.00 | |

## Claims Listing

| Name (Acct) | Clm# | Filed | Desc | Type | Level | Mo Pymt | Prin Paid | Prin Owed | Clm Amt | Schd Amt | % Paid | Rsv | Int Rate | Int Paid | Int Due | Cont Flag | No Cost | No Chk | Rsv Flag | Spc Flag | Stop Disb | Prin Due |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| IEA OLIVE LLC (1491) | 9 | ✓ | CLAIM WITHDRAWN | V | 0 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | | | $0.00 | $0.00 | | | | | | | $0.00 |
| COLUMBUS APPRAISAL COMPANY LLC | 10 | ✓ | ADMINISTRATIVE EXPENSE | A | 15 | $0.00 | $295.00 | $0.00 | $295.00 | $0.00 | 100.00% | | | $0.00 | $0.00 | | | | | | | $0.00 |
| US BANK NATIONAL ASSOCIATION (3160) | 4 | ✓ | MORTGAGE | H | 21 | $2,505.00 | $59,280.19 | $0.00 | $0.00 | $0.00 | | ✓ | | $0.00 | $0.00 | Y | | | Y | | | $24,648.66 |
| FIRST INVESTORS SERVICING CORPORATION (1919) | 1 | ✓ | SECURED-PMSI | 9 | 22 | $230.00 | $19,789.84 | $3,041.41 | $22,031.25 | $23,050.00 | 86.66% | | 7.00% | $2,970.64 | $212.88 | | | | | | | $2,630.43 |
| US BANK NATIONAL ASSOCIATION (3160) | 5 | ✓ | PRE-PET MTG ARREARS | E | 24 | $0.00 | $0.00 | $105,892.49 | $105,892.49 | $98,600.00 | | ✓ | | $0.00 | $0.00 | | | | Y | | | $0.00 |
| REGIONAL INCOME TAX AGENCY (xxxxxxxxRDNC) | 6 | ✓ | PRIORITY | P | 24 | $0.00 | $0.00 | $5,866.33 | $5,866.33 | $6,288.03 | | | | $0.00 | $0.00 | | | | | | | $0.00 |
| City of New Albany (4852) | 2 | | UNSECURED | U | 33 | $0.00 | $0.00 | $0.00 | $0.00 | $3,391.42 | | | | $0.00 | $0.00 | | | X | | | | $0.00 |
| Specialized Loan Servicing | 3 | | UNSECURED | U | 33 | $0.00 | $0.00 | $0.00 | $0.00 | $35,000.00 | | | | $0.00 | $0.00 | | | X | | | | $0.00 |
| Regional Income Tax Agency | 7 | | UNSECURED | U | 33 | $0.00 | $0.00 | $0.00 | $0.00 | $0.03 | | | | $0.00 | $0.00 | | | X | | | | $0.00 |
| QUANTUM3 GROUP LLC (4334) | 8 | ✓ | UNSECURED | U | 33 | $0.00 | $0.00 | $10.51 | $525.28 | $0.00 | | | | $0.00 | $0.00 | | | | | | | $0.00 |

## Attorney Listing

| Name | Description | Level | Fee in Plan | Fee Paid Outside | Fee Paid to Date | Initial Amount | Monthly Payment | Fee Remaining |
|---|---|---|---|---|---|---|---|---|
| PRO SE DEBTOR | ATTORNEY FEE | 18 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| KATHERINE B BREWER ESQ | PRIOR ATTORNEY | 18 | $3,010.00 | $690.00 | $3,010.00 | $0.00 | $0.00 | $0.00 |
| PRO SE DEBTOR | PRIOR ATTORNEY | 18 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| MICHAEL RYAN JONES ESQ | PRIOR ATTORNEY | 18 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

## Clerk Fees Listing

| Name | Description | Level | Fee in Plan | Fee Paid Outside | Fee Paid to Date | Fee Remaining |
|---|---|---|---|---|---|---|
| Faye D. English | NOTICE FEE | 1 | $0.00 | $0.00 | $0.00 | $0.00 |

## Debtor Refund

| Name | Description | Level | Refund Amount | Amount Paid | Amount Owed |
|---|---|---|---|---|---|
| Ona H. Lewis | DEBTOR REFUND | 0 | $0.00 | $0.00 | $0.00 |

## Claim Payout

| Creditor Type | Cost | No Cost | SubTotal | Trustee | Total |
|---|---|---|---|---|---|
| Notice / Filing Fees | | | | | |
| Secured | $106,303.47 | | $106,303.47 | $6,785.33 | $113,088.80 |

| Balance on Hand | $9,368.84 |
|---|---|
| Total Paid In | $101,550.00 |
| Total Disbursed | $92,181.16 |

  O L <onalewis777@gmail.com>

## Next Steps

**Ona Lewis** <onalewis777@gmail.com>  Mon, Jul 11, 2022 at 4:38 PM
To: Joe Smith <jsmith@defaultmitigation.com>

Hi Joe,

Is there any way you can put my original docs (that I uploaded and that don't have MJ's name on them) back on the portal?

Thanks so much,

Ona

 O L <onalewis777@gmail.com>

## Next Steps

**Joe Smith** <jsmith@defaultmitigation.com>  Tue, Jul 12, 2022 at 9:06 AM
To: Ona Lewis <onalewis777@gmail.com>

Yes, but it will have to wait until Monday as I am on vacation this week and do not have them with me. Joe

**From:** Ona Lewis <onalewis777@gmail.com>
**Sent:** Monday, July 11, 2022 4:38 PM
**To:** Joe Smith <jsmith@defaultmitigation.com>
**Subject:** Re: Next Steps

[Quoted text hidden]

*The docs were returned to Debtor instead.*





Exhibit 7   O L <onalewis777@gmail.com>

## Case 19-55153 New Monthly Payment

Tina Barga <tina.barga@ch13columbus.com>  Thu, May 12, 2022 at 1:34 PM
To: "onalewis777@gmail.com" <onalewis777@gmail.com>
Cc: "Shannon L. Cherry" <shannon.cherry@ch13columbus.com>

Ms. Lewis:

Please note the Order entered 5/6/2022 Doc #70 grants the parties to participate in the Mortgage Mediation Modification Program (MMM). The MMM program does not change your monthly plan payment. Your plan payment remains the same at $4,650.00. From your monthly plan payment, the MMM provides for adequate protection payments for the mortgage creditor in the amount of $2,050.00 to be held by the Trustee pending further order of the court.

You may find the full "MMM" procedures on the court's website at https://www.ohsb.uscourts.gov/content/columbus under the Rules and Forms tab.

Thank you.

Tina Barga CP
Manager of Operations
Office of the Chapter 13 Trustee Faye D English
One Columbus
10 West Broad Street, Suite 1600
Columbus Ohio 43215-3419
Phone 614-420-2555 Ext.1606
Fax 614-420-2566
www.ch13columbus.com
tina.barga@ch13columbus.com
[Quoted text hidden]

CONFIDENTIALITY NOTICE: This electronic transmission is strictly confidential to the Office of the Chapter 13 Trustee - Columbus and is intended solely for the addressee. It may contain information which is covered by legal, professional or other privilege. If you are not the intended addressee, or someone authorized by the intended addressee to receive transmissions on the behalf of the addressee, you must not retain, disclose in any form, copy or take any action in reliance on this transmission. If you have received this transmission in error, please notify the sender as soon as possible and destroy this message.

CONFIDENTIALITY NOTICE: This electronic transmission is strictly confidential to the Office of the Chapter 13 Trustee - Columbus and is intended solely for the addressee. It may contain information which is covered by legal, professional or other privilege. If you are not the intended addressee, or someone authorized by the intended addressee to receive transmissions on the behalf of the addressee, you must not retain, disclose in any form, copy or take any action in reliance on this transmission. If you have received this transmission in error, please notify the sender as soon as possible and destroy this message.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing *Debtor's Reply to Trustee's Response in Opposition to Debtor's Motion to Temporarily Suspend Plan Payments for Ninety (90) Days* was served on the date of filing by ordinary U.S. Mail on August 11, 2022 on all participants registered in this case:

| | |
|---|---|
| Faye D. English<br>Noticing Fees<br>Chapter 13 Trustee<br>One Columbus<br>10 W. Broad Street, #1600<br>Columbus, OH 43215 | Mathew Murtland, Esq<br>Shapiro, Van Ess, Phillips & Barragate LLP<br>4805 Montgomery Road, Suite 320<br>Norwood, OH 45212 |
| Regional Income Tax Agency<br>Attn: Legal Department<br>PO Box 470537<br>Broadview Heights, OH 44147 | US Bank<br>PHH Mortgage Services<br>MAILSTOP SBRP PO BOX 5469<br>Mt. Laurel, NJ 08054<br>BKTrusteeQueries@ocwen.com |
| City of New Albany<br>% Rita<br>99 W. Main Street<br>New Albany, OH 43054 | Tea Olive LLC<br>PO Box 1931<br>Burlingame, CA 94011 |
| 1st Investors Servicing Corporation<br>380 Interstate North Parkway #300<br>Atlanta, GA 30339 | Synchrony Bank,<br>% PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| Quantum3 Group LLC<br>As Agent for ACE Cash Express<br>PO Box 788<br>Kirkland, WA 98083 | Reisenfeld & Associates<br>3962 Red Bank Road<br>Cincinnati, OH 45227 |

*/s/ signature*